JS-6

1
2
3
4
5
6
7
8
9

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| AMERICAN RADIO LLC, | CASE NO. CV 12-08507-MRP (Ex) |
|---|---|
| Plaintiff, | [PROPOSED] ORDER DISMISSING ACTION WITHOUT PREJUDICE |
| vs. | |
| QUALCOMM INCORPORATED | Judge:     Hon. Mariana R. Pfaelzer |
| Defendant. | Courtroom: 12 - Spring Street<br>Trial Date: None set |

1  Having reviewed the stipulation dated January 4, 2013 submitted by
2  American Radio LLC and Qualcomm Incorporated, and good cause being shown;
3  IT IS HEREBY ORDERED that:
4  (A)  The above-captioned case is dismissed without prejudice; and
5  (B)  This order of dismissal shall have no impact on American Radio's claims
6  against Qualcomm Incorporated in case No. CV 12-5908-MRP (Ex).

8  DATED:  February 13, 2013

   *Mariana R. Pfaelzer*
   _____
   The Honorable Mariana R. Pfaelzer
   United States District Judge